No. 10–8500. REYNOLDS *v.* WHITEHEAD ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–8512. ALLEN *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 10–8515. REA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–8519. BROWN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10–8545. GRAHAM *v.* WILSON, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8567. HERNANDEZ *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 10–8568. HENDRIX *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 10–8598. PIPES *v.* BALLARD, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8639. CELEBISOY *v.* BRUNSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–8683. RUE *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8720. BRADLEY *v.* URBOM ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–8764. SMART *v.* REYNOLDS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–8797. BOYD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–8798. ACOSTA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8801. WASHINGTON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–8805. CHEATHAM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.